IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| TRACY FORD, as parent and next friend, for WYATT MABRY, CHRISTOPHER J. KANE, as parent and next friend, for SHELBY KANE,<br><br>    Plaintiffs,<br><br>v.<br><br>CLAY COUNTY BOARD OF EDUCATION and JERRY STRONG, in his official capacity,<br><br>    Defendants. | Case No. _____ |

## DECLARATION OF JERRY STRONG

STATE OF TENNESSEE  )
                               )
COUNTY OF             )

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury the following statements to be true and correct to the best of my knowledge.

1. I am over eighteen (18) years of age and competent to testify, and I have personal knowledge of the facts set forth herein.

2. I am the Director of Schools for the Clay County Board of Education.

3. I was not contacted in any way by any of the Plaintiff or their attorney, Michael Giaimo, about their effort to obtain an *ex parte* Temporary Restraining Order in this case.

4. Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury the foregoing to be true and correct to the best of my knowledge.

                                                                                 */s/ Jerry Strong*
                                                                                  JERRY STRONG